[No. 548-2.  Division Two.  March 22, 1972.]

ARCHIE R. FRENCH, *Appellant*, v. JAMES E. ROBSON *et al., Respondents*.

[No. 562-2.　Division Two.　March 23, 1972.]